**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Alrachid, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA** Sittoo's Pita & Salads <br> **DBA** Sittoo's of North Olmstead <br> **DBA** Sittoo's Lebanese Grill |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1240196** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **24930 Lorain Rd** <br> **North Olmsted, OH 44070** <br> Number, Street, City, State & ZIP Code <br><br> **Cuyahoga** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **mysittos.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

24-12309-skk    Doc 1    FILED 06/11/24    ENTERED 06/11/24 10:46:47    Page 1 of 50

Debtor    **Alrachid, LLC**              Case number *(if known)* _____
      Name

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      **7225**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Alrachid, LLC**      Case number (*if known*) _____
     Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

24-12309-skk    Doc 1    FILED 06/11/24    ENTERED 06/11/24 10:46:47    Page 3 of 50

Debtor    **Alrachid, LLC**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Alrachid, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **June 11, 2024**
　　　　　　　MM / DD / YYYY

**X** **/s/ Tony Soueid**　　　　　　　　　　　　　　**Tony Soueid**
Signature of authorized representative of debtor　　Printed name

Title　　**President**

---

| **18. Signature of attorney** | **X** **/s/ Frederic P. Schwieg, Esq.**　　　　　Date **June 11, 2024** |
|---|---|
| | Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY |

**Frederic P. Schwieg, Esq. 0030418**
Printed name

**Frederic P Schwieg Attorney at Law**
Firm name

**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
Number, Street, City, State & ZIP Code

Contact phone　**440-499-4506**　　　Email address　**fschwieg@schwieglaw.com**

**0030418 OH**
Bar number and State

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

IN RE ALRACHID LLC
    *Debtor*

CASE NO. 24-
JUDGE
CHAPTER 11
SUBCHAPTER V

## <u>VERIFIED STATEMENT OF TONY SOUEID THAT NO BALANCE SHEET, STATEMENT OF OPERATIONS OR CASH FLOW STATEMENT HAS BEEN PREPARED</u>

1. He is the President of the Debtor.

2. He makes this verified statement that Alrachid LLC as Debtor and Debtor-in-Possession

   ("Debtor") has not prepared a balance sheet, statement of operations or cash flow statement.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       /s/ Tony Soueid
       Tony Soueid
       Executed on June 11, 2024

# United States Bankruptcy Court
## Northern District of Ohio

In re **Alrachid, LLC** _____  Case No. _____
                        Debtor(s)           Chapter **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

Resolution of Sole Member
of
**Alrachid, LLC**

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tony Soueid, President** of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tony Soueid, President** of this companyis authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tony Soueid, President** of this company is authorized and directed to employ **Frederic P. Schwieg, Esq. 0030418**, attorney and the law firm of **Frederic P Schwieg Attorney at Law** to represent the corporation in such bankruptcy case.

Date  May 30, 2024 _____     Signed  **/s/ Tony Soueid** _____

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | Do not file this form unless the corporation has filed or<br>is attaching Form 2553 to elect to be an S corporation.<br>Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2022** |

For calendar year 2022 or tax year beginning _____ , 2022, ending _____ , 20 ___

| **A** S election effective date | | Name<br>AL RACHID LLC | | **D** Employer identification number |
|---|---|---|---|---|
| 01-01-2021 | **TYPE**<br>**OR**<br>**PRINT** | Number, street, and room or suite no. If a P.O. box, see instructions.<br>24930 LORAIN RD | | 47-1240196 |
| **B** Business activity code<br>number (see instructions) | | | | **E** Date incorporated<br>01-01-2014 |
| 722511 | | City or town, state or province, country, and ZIP or foreign postal code<br>NORTH OLMSTED        OH     44070 | | **F** Total assets (see instructions)<br>$            59,887 |
| **C** Check if Sch. M-3 attached ☐ | | | | |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . .          1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---:|
| **Income** | **1 a** | Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . | 1a | 950,964 | |
| | **b** | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . | 1b | | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1c | 950,964 |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2 | 367,715 |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3 | 583,249 |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . . . . . | | 4 | |
| | **5** | Other income (loss) (see instructions - attach statement) . . . . . . . . . . . . . . . . . . | | 5 | |
| | **6** | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . | | 6 | 583,249 |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . . . . . . | | 7 | 39,050 |
| | **8** | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . . . | | 8 | 205,912 |
| | **9** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | |
| | **10** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 10 | |
| | **11** | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 11 | 42,900 |
| | **12** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . Wks Tax/Lic . . | | 12 | 22,960 |
| | **13** | Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 13 | 218,195 |
| | **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | | 14 | 741 |
| | **15** | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . . . . . | | 15 | |
| | **16** | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16 | |
| | **17** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 17 | |
| | **18** | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 18 | |
| | **19** | Other deductions (attach statement) . . . . . . . . . . . . . . . . . . . Statement #2 . . | | 19 | 126,277 |
| | **20** | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . . . . . . . | | 20 | 656,035 |
| | **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . . . . . . . | | 21 | (72,786) |
| **Tax and Payments** | **22 a** | Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . | 22a | | |
| | **b** | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . . . . . | 22b | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . . . . . . . | | 22c | |
| | **23 a** | 2022 estimated tax payments and 2021 overpayment credited to 2022 . . . . . . | 23a | | |
| | **b** | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . | 23b | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . . | 23c | | |
| | **d** | Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 23d | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . . . ☐ | | 24 | |
| | **25** | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . . . . . . . . | | 25 | |
| | **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . . . . . . . | | 26 | |
| | **27** | Enter amount from line 26: Credited to 2023 estimated tax _____ Refunded ⯈ | | 27 | |

| **Sign<br>Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|
| | SAYDEH SOUEID | | MEMBER |
| | Signature of officer | Date | Title |

| **Paid<br>Preparer<br>Use Only** | Print/Type preparer's name<br>David Wolfe CPA | Preparer's signature | Date<br>06-01-2023 | Check ☐ if<br>self-employed | PTIN<br>P00102733 |
|---|---|---|---|---|---|
| | Firm's name        Gerst Tax & Financial Services | | | Firm's EIN        01-0607505 | |
| | Firm's address     23201 Lorain rd | | | Phone no. | |
| | North Olmsted OH 44070 | | | (440)734-9100 | |

**For Paperwork Reduction Act Notice, see separate instructions.** Form **1120-S** (2022)

EEA

| **Schedule B** | **Other Information** (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual
  **c** ☐ Other (specify) _____

**2** See the instructions and enter the:
  **a** Business activity   RESTAURANT        **b** Product or service   RESTAURANT

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a
  nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation · · · · · · · · · | | | | | X

**4** At the end of the tax year, did the corporation:
  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any
  foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v)
  below · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or
  capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a
  trust? For rules of constructive ownership, see instructions. If "Yes," complete (v) below · · · · · · · · · · · · · · · · · · · | | | | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5 a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? · · · · · · · · · · · · · · · | | | | | X
  If "Yes," complete lines (i) and (ii) below.
  **(i)**   Total shares of restricted stock · · · · · · · · · · · · · · · · · · _____
  **(ii)**  Total shares of non-restricted stock · · · · · · · · · · · · · · · · _____
  **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? · · · · · · · · | | | | | X
  If "Yes," complete lines (i) and (ii) below.
  **(i)**   Total shares of stock outstanding at the end of the tax year · · · · · · · _____
  **(ii)**  Total shares of stock outstanding if all instruments were executed · · · _____

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide
  information on any reportable transaction? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount · · · · · · · · · · · · · · · ☐
  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount
  Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a
  basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and**
  **(b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in
  gain reduced by net recognized built-in gain from prior years. See instructions · · · · · · · · · · · $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business
  in effect during the tax year? See instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | X

**10** Does the corporation satisfy one or more of the following? See instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | X
  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years
  preceding the current tax year are more than $27 million and the corporation has business interest expense.
  **c** The corporation is a tax shelter and the corporation has business interest expense.
  If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | X
  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.
  **b** The corporation's total assets at the end of the tax year were less than $250,000.
  If "Yes," the corporation is not required to complete Schedules L and M-1.

| Schedule B | Other Information (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . . | | | X |
| 14 a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . | | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | (72,786) |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . . . . . . . . . . . | 3a | |
| | b | Expenses from other rental activities (attach statement) . . . . . . . . . . | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . . . . . . . . . . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5a | |
| | | **b** Qualified dividends . . . . . . . . . . . . . . . . . . . . | 5b | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . . . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . . . . . . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . . . . . . . . . . . . . . | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . . . . . . . . . . | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . . . . . . . Type: _____ | 12c | |
| | d | Other deductions (see instructions) . . . . . . . . Type: _____ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . . . . . . | 13c | |
| | d | Other rental real estate credits (see instructions) . . Type: _____ | 13d | |
| | e | Other rental credits (see instructions) . . . . . . . Type: _____ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . . . . . . . Type: | 13g | |
| **Inter-national** | 14 | Qualified for exception to filing Schedule K-2 Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance . . . . . . . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15a | |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15b | |
| | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15c | |
| | d | Oil, gas, and geothermal properties - gross income . . . . . . . . . . . . . . . . . . . . . . . . . | 15d | |
| | e | Oil, gas, and geothermal properties - deductions . . . . . . . . . . . . . . . . . . . . . . . . . . | 15e | |
| | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16a | |
| | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16b | |
| | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16c | |
| | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . . . . . . . . . . . | 16d | |
| | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16e | |
| | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16f | |

EEA

Form **1120-S** (2022)

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | | Total amount |
|---|---|---|---|---|
| **Other Information** | **17a** | Investment income | **17a** | |
| | **b** | Investment expenses | **17b** | |
| | **c** | Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** | Other items and amounts (attach statement)    Statement #18 | | |
| **Recon-ciliation** | **18** | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | **18** | (72,786) |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| **1** | Cash | | 19,000 | | 1,377 |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | ( ) | | ( ) | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) | Statement #19 | 56,922 | Statement #19 | 0 |
| **7** | Loans to shareholders | | | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 4,800 | | 60,051 | |
| **b** | Less accumulated depreciation | ( 4,147 ) | 653 | ( 1,541 ) | 58,510 |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( ) | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | ( ) | | ( ) | |
| **14** | Other assets (attach statement) | | | | |
| **15** | Total assets | | 76,575 | | 59,887 |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) | | | | |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 0 | | 56,751 |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | | | |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | 76,575 | | 3,136 |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | 76,575 | | 59,887 |

EEA                                                 Form **1120-S** (2022)

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . . | | (73,439) | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ | | | a | Tax-exempt interest $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ 653 | | | a | Depreciation $ _____ | |
| b | Travel and entertainment $ _____ | | | | | |
| | | | 653 | 7 | Add lines 5 and 6 . . . . . . . . . . . . . | |
| 4 | Add lines 1 through 3 . . . . . . . . . . . . | | (72,786) | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | (72,786) |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions) |

| | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|
| 1 Balance at beginning of tax year . . . . . . . . . . . | 76,575 | | | |
| 2 Ordinary income from page 1, line 21 . . . . . . . . | | | | |
| 3 Other additions . . . . . . . . . . . . . . . . . . . | | | | |
| 4 Loss from page 1, line 21 . . . . . . . . . . . . . . | ( 72,786 ) | | | |
| 5 Other reductions . . . . . . . . . . . . . . . . . . . | ( ) | | | ( ) |
| 6 Combine lines 1 through 5 . . . . . . . . . . . . . | 3,789 | | | |
| 7 Distributions . . . . . . . . . . . . . . . . . . . . | | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . | 3,789 | | | |

EEA

Form **1120-S** (2022)

**Fill in this information to identify the case:**

Debtor name     **Alrachid, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OHIO

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 11, 2024**         X **/s/ Tony Soueid**
                                          Signature of individual signing on behalf of debtor

                                          **Tony Soueid**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Alrachid, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FAMILY BUSINESS FUND 433 PLAZA REAL STE 275 Boca Raton, FL 33432** | **Familybusinessfund.com** | **All Assets** | **Unliquidated Disputed** | **$160,056.74** | **$89,460.01** | **$120,880.14** |
| **ESSENTIAL FUNDING GROUP INC 4750 MOODY BLVD E UNIT #226 Bunnell, FL 32110** | **valeria@tritonrecoveryllc.com** | **All Assets** | **Unliquidated Disputed** | **$79,746.80** | **$89,460.01** | **$79,746.80** |
| **Avanza Group, LLC 3974 Amboy Rd Ste 306 Staten Island, NY 10308** | | **All Assets** | **Unliquidated Disputed** | **$41,997.08** | **$89,460.01** | **$41,997.08** |
| **Individual Employees (Redacted Per Court Order)** | | **Salary and Hourly Wages** | | | | **$6,234.19** |
| **Ford Motor Credit National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153-7901** | | **2021 Ford F150 14000 mi (KBB.com Private Party Sale Value)** | | **$47,815.00** | **$41,818.00** | **$5,997.00** |
| **Sittoo's Systems LLC 14518 Detroit Rd Lakewood, OH 44107** | | **Franchise Fees** | | | | **$750.00** |
| **SFS Operations LLC Attn Fady Chamoun 14518 Detroit Ave Lakewood, OH 44107** | | **Management Fees** | | | | **$548.46** |

| Debtor | **Alrachid, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dominion East Ohio Gas P O Box 26666 Richmond, VA 23261-2666** | | **Utility Service** | **Contingent** | | | **$500.00** |
| **AT&T Bankruptcy Center 2270 Lakeside Blvd FL 7 Richardson, TX 75082** | | **Phone and Internet Service** | | | | **$242.00** |
| **Republic Services 40195 Butternut Ridge Rd Elyria, OH 44035-7903** | | **Trash Removal** | | | | **$190.00** |
| **FIRST CORPORATE SOLUTIONS, AS REP 914 S ST Sacramento, CA 95811** | | **All Assets** | | **$0.00** | **Unknown** | **Unknown** |
| **Gerst Tax 23201 Lorain Rd North Olmsted, OH 44070** | | **Accounting Services** | | | | **$0.00** |
| **United Debt Settlement LLC 240 West 37th St Ste 400 New York, NY 10018** | **CS@unitedsettlement.com 888-839-8638** | **Debt Settlement Services** | **Contingent Unliquidated** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name    **Alrachid, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................   $ _____0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................................   $ _____131,278.10

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................................   $ _____131,278.10

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____439,895.03

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ _____6,234.19

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____3,568.46

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b     $ _____449,697.68

**Fill in this information to identify the case:**

Debtor name **Alrachid, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Flagstar Bank** | **Checking** | **1740** | $755.05 |
| 3.2. | **Chase Bank** | **Checking** | **3787** | $4,355.05 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$5,110.10

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

Debtor **Alrachid, LLC**                                        Case number *(If known)*
       Name

| | | |
|---|---|---|
| 11a. 90 days old or less: **1,600.00** <br> face amount | − **0.00** = .... <br> doubtful or uncollectible accounts | **$1,600.00** |
| 11a. 90 days old or less: **2,000.00** <br> face amount | − **0.00** = .... <br> doubtful or uncollectible accounts | **$2,000.00** |
| 11a. 90 days old or less: **1,300.00** <br> face amount | − **0.00** = .... <br> doubtful or uncollectible accounts | **$1,300.00** |

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                 **$4,900.00**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** <br> **Food Inventory** | | **$0.00** | **Recent cost** | **$5,200.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** <br> **Paper Products** | | **$0.00** | **Recent cost** | **$800.00** |

23.    **Total of Part 5.**
       Add lines 19 through 22.  Copy the total to line 84.                 **$6,000.00**

24.    **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value                Valuation method                Current Value

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property            page 2

Debtor **Alrachid, LLC**                    Case number *(If known)* _____
         Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2021 Ford F150 14000 mi (KBB.com<br>Private Party Sale Value)** | **Unknown** | **Comparable sale** | **$41,818.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Restaurant Equipment: Walk-in cooler, Hood,<br>Chargrill, Flatgrill. 2 fryers, 2 salad coolers, 3<br>hot steamers, stove, freezer, 2 microwaves,<br>commercial mixer. 20 tables and chairs,<br>commercial mixer** | **$0.00** | **N/A** | **$72,650.00** |
| | **Cooking Utensils and Tools, Pots Pans Plates<br>silverware** | **$0.00** | **N/A** | **$800.00** |

| 51. | **Total of Part 8.** | **$115,268.00** |
|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Alrachid, LLC**                                      Case number *(If known)* _____
          Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|  | **Potential Civil RICO Claims against MCA lenders** | **Unknown** |
|  | Nature of claim<br>Amount requested                         $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$0.00** |
|  | Add lines 71 through 77. Copy the total to line 90. | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 4

Debtor    **Alrachid, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,110.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,900.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $115,268.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $131,278.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $131,278.10 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Alrachid, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim | **Column B** Value of collateral that supports this claim |
|---|---|---|
| | Do not deduct the value of collateral. | |

---

**2.1** **Alternative Funding Group Corp**
Creditor's Name

**1000 NW 65th Street Suite 100**
**Fort Lauderdale, FL 33309**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/16/22 and 10/5/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Non-Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

| $50,283.41 | $89,460.01 |

---

**2.2** **Avanza Group, LLC**
Creditor's Name

**3974 Amboy Rd Ste 306**
**Staten Island, NY 10308**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/2/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**Non-Purchase Money Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $41,997.08 | $89,460.01 |

---

Debtor **Alrachid, LLC**
_____
Name

Case number (if known) _____

- ☐ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | **ESSENTIAL FUNDING GROUP INC** | | $79,746.80 | $89,460.01 |

Creditor's Name

**4750 MOODY BLVD E UNIT #226**
**Bunnell, FL 32110**
Creditor's mailing address

**valeria@tritonrecoveryllc.com**

Creditor's email address, if known

**Date debt was incurred**
**4/5/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**Non-Purchase Money Security Interest**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.4 | **FAMILY BUSINESS FUND** | | $160,056.74 | $89,460.01 |

Creditor's Name

**433 PLAZA REAL STE 275**
**Boca Raton, FL 33432**
Creditor's mailing address

**Familybusinessfund.com**

Creditor's email address, if known

**Date debt was incurred**
**12/20/21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**Non-Purchase Money Security Interest**
**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.5 | **FIRST CORPORATE SOLUTIONS, AS REP** | | $0.00 | Unknown |

Creditor's Name

**914 S ST**
**Sacramento, CA 95811**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**Non-Purchase Money Security Interest**

---

Debtor **Alrachid, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| _____ Creditor's email address, if known | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes |
| **Date debt was incurred** <br> **2/20/20** <br> **Last 4 digits of account number** | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

---

| 2.6 | **Ford Motor Credit** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **2021 Ford F150 14000 mi (KBB.com Private Party Sale Value)** | $47,815.00 | $41,818.00 |

**National Bankruptcy Service Center**
**PO Box 537901**
**Livonia, MI 48153-7901**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Lazarus Captial Funding LLC** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** <br> **All Assets** | $59,996.00 | $89,460.01 |

**3621 Richmond Ave #121**
**Staten Island, NY 10312**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/6/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Alrachid, LLC**
_____
Name

Case number (if known) _____

�alt No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____
_____

☐ Contingent

■ Unliquidated

■ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$439,895.03** |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Alrachid, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Individual Employees
(Redacted Per Court Order)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$6,234.19**    Priority amount **$6,234.19**

Date or dates debt was incurred
**6/24**

Basis for the claim:
**Salary and Hourly Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

    Amount of claim

**3.1**   Nonpriority creditor's name and mailing address

**AT&T Bankruptcy Center
2270 Lakeside Blvd FL 7
Richardson, TX 75082**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$242.00**

Date(s) debt was incurred   **5-6/2024**

Last 4 digits of account number _

Basis for the claim: **Phone and Internet Service**

Is the claim subject to offset? ■ No ☐ Yes

**3.2**   Nonpriority creditor's name and mailing address

**Dominion East Ohio Gas
P O Box 26666
Richmond, VA 23261-2666**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$500.00**

Date(s) debt was incurred   **5-6/2024**

Last 4 digits of account number   **6976**

Basis for the claim: **Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Alrachid, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gerst Tax**
**23201 Lorain Rd**
**North Olmsted, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Last 4 digits of account number  __

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,338.00** |
|---|---|---|---|

**Illuminating Co.**
**Bankruptcy Dept**
**6896 Miller Rd Ste 204**
**Brecksville, OH 44141**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-6/2024**

Last 4 digits of account number  **0876**

Basis for the claim:  **Electric Service**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.00** |
|---|---|---|---|

**Republic Services**
**40195 Butternut Ridge Rd**
**Elyria, OH 44035-7903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-6/2024**

Last 4 digits of account number  **3262**

Basis for the claim:  **Trash Removal**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$548.46** |
|---|---|---|---|

**SFS Operations LLC**
**Attn Fady Chamoun**
**14518 Detroit Ave**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2014**

Last 4 digits of account number  **NA**

Basis for the claim:  **Management Fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Sittoo's Systems LLC**
**14518 Detroit Rd**
**Lakewood, OH 44107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2024**

Last 4 digits of account number  __

Basis for the claim:  **Franchise Fees**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**United Debt Settlement LLC**
**240 West 37th St Ste 400**
**New York, NY 10018**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/24**

Last 4 digits of account number  **7722**

Basis for the claim:  **Debt Settlement Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Alrachid, LLC** | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--------------------------|-----------|------|
| 4.1 | **Atty Gen'l of the United States-Tax**<br>**US Dept of Justice Tax Divsn**<br>**PO BOX 55, Ben Franklin Stn**<br>**Washington, DC 20044** | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service-CLE**<br>**Insolvency Group 6**<br>**1240 E 9th St Rm 493**<br>**Cleveland, OH 44199** | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **John Pinney, Esq**<br>**Korman Jackson Krantz**<br>**1375 E 9th St FL 29**<br>**Cleveland, OH 44114** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Ohio Attorney General**<br>**Collect Enforce Sect -Bankr**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Ohio Attorney General**<br>**Collect Enforce Sect -Bankr**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line _<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **US Attorney-- ND Ohio**<br>**Attn Bankruptcy Section**<br>**801 W Superior Ave Ste 400**<br>**Cleveland, OH 44113-1852** | Line _<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,234.19 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,568.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,802.65 |

**Fill in this information to identify the case:**

Debtor name    **Alrachid, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest     **Management Agreement and sublease of location** | |
|     State the term remaining     **1 Month** | **SFS Operations LLC Attn Fady Chamoun 14518 Detroit Ave Lakewood, OH 44107** |
|     List the contract number of any government contract | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest     **Franchise Agreement** | |
|     State the term remaining | **Sittoo's Systems LLC 14518 Detroit Rd Lakewood, OH 44107** |
|     List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Alrachid, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Saydeh Soueid** | | **SFS Operations LLC** | ☐ D _____<br>☑ E/F **3.6**<br>☐ G _____ |
| 2.2 | **Tony Soueid** | | **Alternative Funding Group Corp** | ☑ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Tony Soueid** | | **Avanza Group, LLC** | ☑ D **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Tony Soueid** | | **ESSENTIAL FUNDING GROUP INC** | ☑ D **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Tony Soueid** | | **FAMILY BUSINESS FUND** | ☑ D **2.4**<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H

Schedule H: Your Codebtors

Page 1 of 2

Debtor   **Alrachid, LLC** _____   Case number *(if known)* _____

▮   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
| --- | --- | --- |
| 2.6   **Tony Soueid** | **Lazarus Captial Funding LLC** | ▮ D   **2.7**<br>☐ E/F _____<br>☐ G _____ |
| 2.7   **Tony Soueid** | **United Debt Settlement LLC** | ☐ D _____<br>▮ E/F   **3.8**<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Alrachid, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF OHIO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$347,335.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$973,000.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$950,964.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | Alrachid, LLC | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Regular payments to suppliers and food vendors See Bank Statements** | | $0.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **MCA Lenders see attached list** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    Alrachid, LLC                  Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Frederic P Schwieg Attorney at Law** <br> **19885 Detroit Rd #239** <br> **Rocky River, OH 44116-1815** | | **4/17/24** | **$5,000.00** |
| | **Email or website address** <br> **fschwieg@schwieglaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Frederic P Schwieg Attorney at Law** <br> **19885 Detroit Rd #239** <br> **Rocky River, OH 44116-1815** | | **5/29/24** | **$15,000.00** |
| | **Email or website address** <br> **fschwieg@schwieglaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Debtor   **Alrachid, LLC**                                            Case number *(if known)* _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

24-12309-skk    Doc 1    FILED 06/11/24    ENTERED 06/11/24 10:46:47    Page 35 of 50

Debtor     Alrachid, LLC                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

---

Debtor ___Alrachid, LLC_____    Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Gerst Tax**<br>**23201 Lorain Rd**<br>**North Olmsted, OH 44070** | **2022-present** |
| 26a.2. | **Hudak & Vrana**<br>**20050 Lakeshore**<br>**Euclid, OH 44123** | **2019-Present** |
| 26a.3. | **Tony Soueid** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    Alrachid, LLC                                  Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Tony Soueid | | Member and President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 11, 2024**

/s/ Tony Soueid                            **Tony Soueid**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

AVANZA

| | |
|---|---|
| 2/23/24 | 999.94 |
| 2/26/24 | |
| 2-27 | |
| 2-28 | |
| 2-29 | |
| 3-1 | |
| 3-4 | |
| 3-5 | |
| 3-6 | |
| 3-7 | |
| 3-8 | |
| 3-11 | |
| 3-12 | |
| 3-13 | |
| 3-14 | |
| 3-15 | |
| 3-18 | |
| 3-19 | |
| 3-20 | |
| 3-21 | |
| 3-22 | |
| 3-25 | |
| 3-26 | |
| 3-27 | |
| 3-28 | |
| 3-29 | |
| 4-1 | |
| 4-2 | |

(28) / $ 27998.32

LAZARUS

| | |
|---|---|
| 3-6 | 1874.85 |
| 3-7 | |
| 3-8 | |
| 3-11 | |
| 3-12 | |
| 3-13 | |
| 3-14 | |
| 3-15 | |
| 3-18 | |
| 3-19 | |
| 3-20 | |
| 3-21 | |
| 3-22 | |
| 3-25 | |
| 3-26 | |
| 3-27 | |
| 3-28 | |
| 3-29 | |
| 4-1 | |
| 4-2 | |
| 4-3 | |

(21)   39371.85

ALTERNATIVE

| | | | |
|---|---|---|---|
| 10/11/23 | | 308.57 | 1/10/24  2-27-24 |
| 10/12/23 | | 308.57 | 1/11/24  2-28-24 |
| 10/13/23 | | 308.57 | 1/12/24 |
| 10/16/23 | | 308.57 | 1/16/24  (97) 29431.29 |
| 10/17/23 | | 308.57 | 1/17/24 |
| 10/18/23 | | 308.57 | 1/18/24 |
| 10/19/23 | | 308.57 | 1/19/24 |
| 10/20/23 | | 308.57 | 1/22/24 |
| 10/23/23 | | 308.57 | 1/23/24 |
| 10/24/23 | | 308.57 | 1/24/24 |
| 10/25/23 | | 308.57 | 1/25/24 |
| 10/26/23 | | 308.57 | 1/26/24 |
| 10/27/23 | | 308.57 | 1/29/24 |
| 10/30/23 | | 308.57 | 1/30/24 |
| 10/31/23 | | 308.57 | 1/31/24 |
| 11/1/23 | | 308.57 | 2/1/24 |
| 11/2/23 | | 308.57 | 2/2/24 |
| 11/3/23 | | 308.57 | 2/5/24 |
| 11/6/23 | | 308.57 | 2/6/24 |
| 11/7/23 | | 308.57 | 2/7/24 |
| 11/8/23 | | 308.57 | 2/8/24 |
| 11/9/23 | | 308.57 | 2/9/24 |
| 11/10/23 | | 308.57 | 2/12/24 |
| 11/13/23 | | | 2/13/24 |
| 11/14/23 | | | 2/14/24 |
| | | | 2/15/24 |
| | | | 2/16/24 |
| | | | 2/20/24 |
| | | | 2/21/24 |
| | | | 2/22/24 |
| | | | 2/23/24 |
| | | | 2/26/24 |

| | | | | |
|---|---|---|---|---|
| 11/15/23 | 12/11/23 | 12/26/23 | 898.83 | 1/26/24 |
| 11/16/23 | 12/12/23 | 12/27/23 | 898.83 | 1/29/24 |
| 11/17/23 | 12/13/23 | 12/28/23 | 898.83 | 1/30/24 |
| 11/20/23 | 12/14/23 | 12/29/23 | 898.83 | 1/31/24 |
| 11/21/23 | 12/15/23 | 1/2/24 | 898.83 | 2/1/24 |
| 11/22/23 | 12/18/23 | 1/3/24 | | 2/2/24 |
| 11/24/23 | 12/19/23 | 1/4/24 | | 2/5/24 |
| 11/27/23 | 12/20/23 | 1/5/24 | | 2/6/24 |
| 11/28/23 | 12/21/23 | 1/8/24 | | 2/7/24 |
| 11/29/23 | 12/22/23 | 1/9/24 | | 2/8/24 |
| 11/30/23 | 12/26/23 | 1/10/24 | | 2/9/24 |
| 12/1/23 | 12/27/23 | 1/11/24 | | 2/12/24 |
| 12/4/23 | 12/28/23 | 1/12/24 | | 2/13/24 |
| 12/5/23 | 12/29/23 | 1/16/24 | | 2/14/24 |
| 12/6/23 | 1/2/24 | 1/17/24 | | 2/15/24 |
| 12/7/23 | 1/3/24 | 1/18/24 | | 2/16/24 |
| 12/8/23 | 1/4/24 | 1/19/24 | | 2/20/24 |
| 12/9/23 | 1/5/24 | 1/22/24 | | 2/21/24 |
| | 1/8/24 | 1/23/24 | | 2/22/24 |
| | 1/9/24 | 1/24/24 | | 2/23/24 |
| | | | | 2/26/24 |
| | | | | 2/27/24 |

39548.52

| Date | | Amount | Date | Date | Date |
|---|---|---|---|---|---|
| JUN 21/23 | FAMILY | 2750.00 | 11/15/23 | | |
| JUN 29/23 | FAMILY | 2750.00 | 11/22/23 | | |
| July 7/23 | FAMILY | 2750.00 | 12/6/23 | | |
| July 12/23 | // | 2750.00 | 12/13/23 | | |
| July 19/23 | // | 2750.00 | 12/20/23 | | |
| July 26/23 | // | 2750.00 | 12/27/23 | | |
| 8/2/23 | // | 2750.00 | 1/3/24 | | |
| 8/9/23 | // | 2750.00 | 1/11/24 | | |
| 8/16/23 | // | 2750.00 | 1/16/24 | | |
| 8/23/23 | // | 2750.00 | 1/19/24 | | |
| 8/30/23 | // | 2750.00 | 1/24/24 | | |
| 9/6/23 | // | 2750.00 | 1/25/24 | | |
| 9/13/23 | // | 2750.00 | 1/31/24 | (35) | 96250.00 |
| 9/20/23 | // | 2750.00 | 2/7/24 | | |
| 9/27/23 | // | 2750.00 | 2/21/24 | | 2690.28 |
| 10/3/23 | // | 2750.00 | 2/28/24 | | |
| 10/11/23 | // | 2750.00 | 3/6/24 | | |
| 10/18/23 | | 2750.00 | 3/13/24 | | |
| 10/25/23 | | 2750.00 | 3/20/24 | | |
| 11/1/23 | | 2750.00 | 4/3/24 | | |
| 11/8/23 | | 2750.00 | | | 16141.68 |

| | | | | | |
|---|---|---|---|---|---|
| 11/13/23 | 12/7/23 | 532.14 | 1/2/24 | 1/31/24 | 3-4-24 |
| 11/14/23 | 12/8/23 | 532.14 | 1/3/24 | 2/1/24 | 3-5-24 |
| 11/15/23 | 12/9/23 | ~~2750~~ | 1/4/24 | 2/2/24 | 3-6-24 |
| 11/16/23 | 12/11/23 | 532.14 | 1/5/24 | 2/5/24 | 3-7-24 |
| 11/17/23 | 12/12/23 | | 1/8/24 | 2/6/24 | 3-8-24 |
| 11/20/23 | 12/13/23 | | 1/9/24 | 2/7/24 | 3-11-24 |
| 11/21/23 | 12/14/23 | | 1/10/24 | 2/8/24 | 3-12-24 |
| 11/22/23 | 12/15/23 | | 1/11/24 | 2/9/24 | 3-13-24 |
| 11/24/23 | 12/18/23 | | 1/12/24 | 2/12/24 | 3-14-24 |
| 11/27/23 | 12/19/23 | | 1/16/24 | 2/13/24 | 3-15-24 |
| 11/28/23 | 12/20/23 | | 1/17/24 | 2/14/24 | 3-19-24 |
| 11/29/23 | 12/21/23 | | 1/18/24 | 2/15/24 | 4-1-24 |
| 11/30/23 | 12/22/23 | | 1/19/24 | 2/16/24 | 4-2-24 |
| 12/1/23 | 12/26/23 | | 1/22/24 | 2/20/24 | 4-3-24 |
| 12/4/23 | 12/27/23 | | 1/23/24 | 2/21/24 | (90) |
| 12/5/23 | 12/28/23 | | 1/24/24 | 2/22/24 | 47892.60 |
| 12/6/23 | 12/29/23 | | 1/25/24 | 2/23/24 | |
| | | | 1/26/24 | 2/26/24 | |
| | | | 1/29/24 | 2/27/24 | |
| | | | 1/30/24 | 2/28/24 | |
| | | | | 2/29/24 | |
| | | | | 3/1/24 | |

ESSINGTTEC

Handwritten ledger (rotated) — columns of dates and repeated amount $687.82:

| Date | Date | Amount | Date (right col) |
|---|---|---|---|
| 4-1-24 | 1/5/24 | 687.82 | 11/1/23 |
| 3-29-24 | 1/4/24 | 687.82 | 10/31/23 |
| 3-28-24 | 1/4/24 | 687.82 | 10/30/23 |
| 3-20-24 | 1/3/24 | 687.82 | 10/27/23 |
| 3-19-24 | 1/2/24 | 687.82 | 10/26/23 |
| 3-18-24 (x2) | 12/29/23 | 687.82 | 10/25/23 |
| 3-15-24 | 12/28/23 | 828.9 | 10/24/23 |
| 3-14-24 | 12/27/23 | 687.82 | 10/23/23 |
| 3-13-24 | 12/26/23 | 687.82 | 10/22/23 |
| 3-12-24 | | | 10/19/23 |
| 3-11-24 | 12/22/23 | 687.82 | 10/18/23 |
| 3-8-24 | 12/21/23 | 687.82 | 10/17/23 |
| 3-7-24 | 12/20/23 | 687.82 | 10/16/23 |
| 3-6-24 | 12/19/23 | 687.82 | 10/13/23 |
| 3-5-24 | 12/18/23 | 687.82 | 10/12/23 |
| 3-4-24 | 12/15/23 | 687.82 | 10/11/23 |
| 3-1-24 | 12/14/23 | 687.82 | 10/10/23 |
| 2-29-24 | 12/13/23 | 687.82 | 10/9/23 |
| 2-28-24 | 12/12/23 | 687.82 | 10/5/23 |
| 2-27-24 | 12/11/23 | 687.82 | 10/4/23 |
| 2-26-24 | 12/9/23 | 687.82 | 10/3/23 |
| 2-23-24 | 12/8/23 | 687.82 | 10/2/23 |
| 2-22-24 | 12/7/23 | 687.82 | |
| 2-21-24 | 12/6/23 | 687.82 | 9/29/23 |
| 2-20-24 | 12/5/23 | 687.82 | 9/28/23 |
| 2-16-24 | 12/4/23 | 687.82 | 9/27/23 |
| 2-15-24 | 12/1/23 | 687.82 | |
| 2-14-24 | 11/30/23 | 687.82 | 9/26/23 |
| 2-13-24 | 11/29/23 | 687.82 | 9/25/23 |
| 2-9-24 | 11/28/23 | 687.82 | 9/22/23 |
| 2-8-24 | 11/27/23 | 687.82 | 9/21/23 |
| 2-7-24 | 11/22/23 | 687.82 | 9/20/23 |
| 2-6-24 | 11/21/23 | 687.82 | 9/18/23 |
| 2-5-24 | 11/20/23 | 687.82 | 9/15/23 |
| 2-2-24 | 11/17/23 | 687.82 | 9/14/23 |
| 2/1/24 | 11/16/23 | 687.82 | 9/13/23 |
| 1/31/24 | 11/15/23 | 687.82 | 9/12/23 |
| 1/30/24 | 11/14/23 | 687.82 | 9/11/23 |
| 1/29/24 | 11/13/23 | 687.82 | 9/8/23 |
| 1/26/24 | 11/10/23 | 687.82 | 9/7/23 |
| 1/25/24 | 11/9/23 | 687.82 | |
| 1/24/24 | 11/8/23 | 687.82 | |
| 1/23/24 | 11/7/23 | 687.82 | |
| 1/22/24 | 11/6/23 | 687.82 | |
| 1/19/24 | 11/3/23 | 687.82 | |
| 1/18/24 | 11/2/23 | 687.82 | |

Circled totals: 31479.00    10649.30    74972.38 (log)

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Ohio

In re **Alrachid, LLC** _____  Case No. _____

Debtor(s)  Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept _____  $  _____

Prior to the filing of this statement I have received _____  $  _____

Balance Due _____  $  _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____  $  **20,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____  $  **350.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

**amount paid is a retainer fees to be charged hourly**

2. The source of the compensation paid to me was:

☐ Debtor  ☑ Other (specify):  **Paid by the Debtor but $15,000 of the funds came into the Debtor from the Debtor's principal Tony Soueid**

3. The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **Alrachid, LLC** _____     Case No. _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 11, 2024** _____ | **/s/ Frederic P. Schwieg, Esq.** _____ |
| _Date_ | **Frederic P. Schwieg, Esq. 0030418** |
| | _Signature of Attorney_ |
| | **Frederic P Schwieg Attorney at Law** |
| | **19885 Detroit Rd #239** |
| | **Rocky River, OH 44116-1815** |
| | **440-499-4506  Fax: 440-398-0490** |
| | **fschwieg@schwieglaw.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Northern District of Ohio

In re    **Alrachid, LLC**                      Case No.

                               Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tony Soueid**<br>**Rocky River, OH 44116** | **Membership** | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **June 11, 2024**                      Signature   **/s/ Tony Soueid**

                                                         **Tony Soueid**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Alrachid, LLC**                                                          Case No. _____
                                                    Debtor(s)          Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 11, 2024** _____          **/s/ Tony Soueid** _____
                                                **Tony Soueid/President**
                                                Signer/Title

Alternative Funding Group Corp
1000 NW 65th Street Suite 100
Fort Lauderdale, FL 33309


AT&T Bankruptcy Center
2270 Lakeside Blvd FL 7
Richardson, TX 75082


Atty Gen'l of the United States-Tax
US Dept of Justice Tax Divsn
PO BOX 55, Ben Franklin Stn
Washington, DC 20044


Avanza Group, LLC
3974 Amboy Rd Ste 306
Staten Island, NY 10308


Dominion East Ohio Gas
P O Box 26666
Richmond, VA 23261-2666


ESSENTIAL FUNDING GROUP INC
4750 MOODY BLVD E UNIT #226
Bunnell, FL 32110


FAMILY BUSINESS FUND
433 PLAZA REAL STE 275
Boca Raton, FL 33432


FIRST CORPORATE SOLUTIONS, AS REP
914 S ST
Sacramento, CA 95811


Ford Motor Credit
National Bankruptcy Service Center
PO Box 537901
Livonia, MI 48153-7901


Gerst Tax
23201 Lorain Rd
North Olmsted, OH 44070

Illuminating Co.
Bankruptcy Dept
6896 Miller Rd Ste 204
Brecksville, OH 44141


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-5016


Internal Revenue Service-CLE
Insolvency Group 6
1240 E 9th St Rm 493
Cleveland, OH 44199


John Pinney, Esq
Korman Jackson Krantz
1375 E 9th St FL 29
Cleveland, OH 44114


Lazarus Captial Funding LLC
3621 Richmond Ave #121
Staten Island, NY 10312


Ohio Attorney General
Collect Enforce Sect -Bankr
150 E Gay ST Fl 21
Columbus, OH 43215


Ohio Department of Taxation
Attn Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530


Ohio Dept. of Job & Family Services
Attn: Legal Support - Bankruptcy
PO Box 182830
Columbus, OH 43218-2830


Republic Services
40195 Butternut Ridge Rd
Elyria, OH 44035-7903


SFS Operations LLC
Attn Fady Chamoun
14518 Detroit Ave
Lakewood, OH 44107

Sittoo's Systems LLC
14518 Detroit Rd
Lakewood, OH 44107


United Debt Settlement LLC
240 West 37th St Ste 400
New York, NY 10018


US Attorney-- ND Ohio
Attn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Alrachid, LLC** _____

                                        Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Alrachid, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 11, 2024** _____
Date

**/s/ Frederic P. Schwieg, Esq.** _____
**Frederic P. Schwieg, Esq. 0030418**
Signature of Attorney or Litigant
Counsel for   **Alrachid, LLC** _____
**Frederic P Schwieg Attorney at Law**
**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
**440-499-4506 Fax:440-398-0490**
**fschwieg@schwieglaw.com**